UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-50213 |
| Plaintiff - Appellee, | D.C. No. 3:08-CR-03890-WQH-1 |
| v. | Southern District of California, San Diego |
| PALOMON SANCHEZ-LARA, | |
| Defendant - Appellant. | ORDER AMENDING MEMORANDUM DISPOSITION AND DENYING PETITION FOR REHEARING AND REHEARING EN BANC |

Before: D.W. NELSON, BYBEE, and M. SMITH, Circuit Judges.

The memorandum disposition filed on April 20, 2011, is amended as follows:

Page 3, lines 8-9, remove  ",  for which he ultimately served 293 days in jail"

With the amendment to Memorandum Disposition, the panel has voted unanimously to deny the petition for rehearing.  Judge Bybee and Judge M. Smith voted to deny the petition for rehearing en banc.  Judge Nelson recommended denial of the petition for rehearing en banc.

The full court has been advised of the petition for rehearing en banc and no active judge has requested a vote on whether to rehear the matter en banc. (Fed.R. App. P. 35.)

The petition for rehearing and the petition for rehearing en banc are DENIED and no further petitions for rehearing and/or rehearing en banc will be entertained.